01

02

03

04

05

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 11-417 |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | DETENTION ORDER |
| IONUT BUZBUCHI, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

Offense charged:    Conspiracy to Commit Bank Fraud

Date of Detention Hearing:    September 13, 2011.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.    Defendant is a naturalized citizen of the United States.  He indicated to Pretrial

DETENTION ORDER
PAGE -1

01 Services that he believes he retains his Romanian citizenship status. His mother resides in

02 Romania.

03       2.      Defendant is charged by Complaint with participating in a scheme to obtain cash

04 from banks by skimming debit and credit card data and PIN numbers from bank ATMs by use

05 of skimming devices and pin-hole cameras. At the detention hearing, the AUSA proffered a

06 videotape which allegedly showed defendant installing one of the devices on a bank ATM.

07 The Complaint references other surveillance video allegedly showing defending utilizing the

08 acquired debit card data to make purchases. The Complaint alleges that the conspiracy

09 continued over a number of years. Defendant's criminal history includes prior burglary or

10 theft convictions from California.

11       3.      The AUSA proffers that during the search of defendant's residence, a valid

12 driver's license was located bearing defendant's photo but a different name, with an account

13 statement from a bank account in that name. Defendant denied having any alternative

14 identification.

15       4.      Defendant poses a risk of nonappearance due to dual citizenship status, family

16 ties to Romania, association with alias identification and possible assets held under an alias

17 name. Defendant poses a risk of danger based on the nature and circumstances of the instant

18 offense.

19       5.      There does not appear to be any condition or combination of conditions that will

20 reasonably assure the defendant's appearance at future Court hearings while addressing the

21 danger to other persons or the community.

22 / / /

DETENTION ORDER
PAGE -2

01 It is therefore ORDERED:

02    1. Defendant shall be detained pending trial and committed to the custody of the Attorney

03       General for confinement in a correction facility separate, to the extent practicable, from

04       persons awaiting or serving sentences or being held in custody pending appeal;

05    2. Defendant shall be afforded reasonable opportunity for private consultation with

06       counsel;

07    3. On order of the United States or on request of an attorney for the Government, the

08       person in charge of the corrections facility in which defendant is confined shall deliver

09       the defendant to a United States Marshal for the purpose of an appearance in connection

10       with a court proceeding; and

11    4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

12       for the defendant, to the United States Marshal, and to the United State Pretrial Services

13       Officer.

14       DATED this 14th day of September, 2011.

15

16                                  Mary Alice Theiler

17                                  United States Magistrate Judge

18

19

20

21

22

DETENTION ORDER
PAGE -3